■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PRATT, Appellant. [804 NYS2d 257]—Appeal by the defendant from a judgment of the County Court, Westchester County (Alessandro, J.), rendered November 29, 2004, convicting him of rape in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). H. Miller, J.P., Crane, Krausman, Rivera and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO RAMSEY, Appellant. [804 NYS2d 252]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 23, 1995 (*People v Ramsey,* 220 AD2d 697 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered June 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Cozier and Ritter, JJ., concur.